| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Miller |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21cr77-WBS |
|---|---|
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date: June 1, 2021 |
| JAMES DEAN MILLER, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant James Dean Miller, that the status hearing currently set for June 1, 2021 at 9:00 be continued to August 9, 2021 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on June 1, 2021 at 9:00 a.m.
2. By stipulation, Mr. Miller now moves to continue the status conference to August 9, 2021 at 9:00 a.m.
3. The government and defense counsel have recently agreed upon a protective order as it relates to discovery, and the government has represented that it will provide discovery to the defense promptly.

Stipulation and Order to Continue Status Conference and Exclude Time -1- *United States v. Miller*, 2:21-CR-77-WBS

4. The defense requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with Mr. Miller, explore potential resolutions to the case, and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 1, 2021 and August 9, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial.

//
//
//
//
//
//
//
//
//
//

|    |                       |                                      |
|----|-----------------------|--------------------------------------|
| 1  |                       |                                      |
| 2  |                       | Respectfully submitted,              |
| 3  |                       | HEATHER E. WILLIAMS<br>Federal Defender |
| 4  | Date: May 25, 2021    | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Miller |
| 9  | Date: May 25, 2021    | PHILLIP A. TALBERT<br>United States Attorney |
|    |                       | */s/ Mira Chernick*<br>MIRA CHERNICK<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. For the reasons stated, the time period between June 1, 2021 and August 9, 2021, inclusive, is found excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial. Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

IT IS SO ORDERED.

Dated: May 26, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE