HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21cr77-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| JAMES DEAN MILLER, | ) Date:  August 9, 2021<br>) Time:  9:00 a.m.<br>) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant James Dean Miller, that the status hearing currently set for August 9, 2021 at 9:00 be continued to October 12, 2021 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on August 9, 2021 at 9:00 a.m.
2. By stipulation, Mr. Miller now moves to continue the status conference to October 12, 2021 at 9:00 a.m.
3. The government has produced 248 pages of non-contraband discovery and made the seized electronic evidence available for defense inspection.
4. The defense requires additional time to review the discovery, investigate and

research possible defenses, research potential pretrial motions, consult with Mr. Miller, explore potential resolutions to the case, and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 9, 2021 and October 12, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2021          */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Miller


Date: August 3, 2021          PHILLIP A. TALBERT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference is reset October 12, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE