1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Miller

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )  Case No.  2:21cr77-WBS
11                                      )
                Plaintiff,              )  **STIPULATION AND ORDER TO CONTINUE**
12                                      )  **STATUS CONFERENCE AND EXCLUDE TIME**
                vs.                     )
13                                      )  Date:   December 6, 2021
    JAMES DEAN MILLER,                  )  Time:  9:00 a.m.
14                                      )  Judge: Hon. William B. Shubb
                Defendant.              )
15  _____ )

16          IT IS HEREBY STIPULATED and agreed by and between Acting United States

17  Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for

18  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant James Dean Miller, that the status hearing currently set

20  for December 6, 2021 at 9:00 be continued to January 31, 2022 at 9:00 a.m.

21          The parties specifically stipulate as follows:

22      1.      By previous order, this matter was set for a status on December 6, 2021 at 9:00

23              a.m.

24      2.      By stipulation, Mr. Miller now moves to continue the status conference to January

25              31, 2022 at 9:00 a.m.

26      3.      The government has produced 248 pages of non-contraband discovery and made

27              the seized electronic evidence available for defense inspection.

28

4.  The defense requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with Mr. Miller, explore potential resolutions to the case, and otherwise prepare for trial.

5.  Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.  The government does not object to the continuance.

7.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 6, 2021 and January 31, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Miller in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

Stipulation and Order to Continue Status
Conference and Exclude Time

-2-

*United States v. Miller*,
2:21-CR-77-WBS

1

2                                          Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4
     Date: November 29, 2021               /s/  Hootan Baigmohammadi
5                                          HOOTAN BAIGMOHAMMADI
                                           Assistant Federal Defender
6                                          Attorneys for Defendant
                                           Mr. Miller
7

8

9    Date: November 29, 2021               PHILLIP A. TALBERT
                                           Acting United States Attorney
10
                                           /s/ Mira Chernick
11                                         MIRA CHERNICK
                                           Assistant United States Attorney
12                                         Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### O R D E R

2     The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated:  December 3, 2021

8   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28