IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00077-JAM |
| Plaintiff, | **ORDER RE: REQUEST FOR BRIEFING SCHEDULE** |
| vs. | |
| JAMES DEAN MILLLER, | |
| Defendant. | |

**GOOD CAUSE** having been shown, the Court orders the following briefing schedule as it pertains to the issue of breach.

Mr. Miller's Brief due week of 8/15/22

Government Response due week of 8/29/22

Mr. Miller's Reply due week of 9/5/22

Motion Hearing / Sentencing on 9/20/22.


DATED: July 28, 2022         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE