PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-00077-DAD |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JAMES DEAN MILLER, | |
| Defendant. | |

On May 27, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant James Dean Miller forfeiting to the United States the following property:

      a.      LG cellular phone, model MS210, IMEI number 353191.09.066.9813; and

      b.      LG cellular phone, model LG-M430, IMEI number 356114085298122.2.

Beginning on May 28, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

1

a.    Kayla Coomes aka Kayla Heape:  A notice letter was sent via certified mail to Kayla Coomes aka Kayla Heape at 1314 12th Street, Oroville, CA 95965-4310 on May 31, 2022.  The envelope was returned to our office as "no such number, unable to forward" on June 8, 2022.

b.    Jackie Denson aka Jackie Miller:  A notice letter was sent via certified mail to Jackie Denson aka Jackie Miller at 5530 Alicia Ave., Olivehurst, CA 95961-7002 on May 31, 2022.  The envelope was returned to our office as "unclaimed" on June 23, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of James Dean Miller, Kayla Coomes aka Kayla Heape, and Jackie Denson aka Jackie Miller.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **December 14, 2022**

_____
UNITED STATES DISTRICT JUDGE